BRICKILL et al. v. MAYOR, ETC., OF CITY OF NEW YORK.

(Circuit Court, S. D. New York. April 4, 1893.)

1. EQUITY—MASTER'S FEES—PRACTICE.
   A master's fee on adjournment of a hearing should be paid by the party asking the adjournment, and it is the better practice to pay such fee when the adjournment is had.

2. SAME.
   On a hearing before a master, each party should pay, in the first instance, the costs, charges, expenses, stenographer's fees, and master's fees for taking its own direct, redirect, cross, or recross examination of any witness or witnesses; but on final decree the sum so paid by the prevailing party may be imposed on the defeated party.

In Equity. Suit by William Brickill and others against the mayor, etc., of the city of New York. On a question as to payment of master's fees and other costs.

Raphael J. Moses, Jr., for complainants.
Betts, Alterbury, Hyde & Betts, for defendant.

LACOMBE, Circuit Judge. In this case the master's fees are fixed at $20 for an entire day's session, (both morning and afternoon;) $10 for a half session; and $5 for each adjournment. As to this latter item, it is a desirable practice, always, to pay that fee when the adjournment is had, and it should be paid by the party asking for the adjournment. When the master's bill is adjusted on this basis, each side should pay, in the first instance, for its own adjournments, and for the costs, charges, expenses, (including stenographer's fees,) and master's fees for taking its own direct, redirect, cross, or recross examination of any witness or witnesses. Upon final decree the sums so paid by the prevailing party may be imposed upon the defeated party.

An order to such effect will be made.